**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION** <br>        **Plaintiff,** <br><br>     v. <br><br> **UNITED BUSINESS SERVICING LLC, d/b/a SCHOOLOFTRADE.COM, UNITED BUSINESS SERVICING, INC., d/b/a  SCHOOLOFTRADE.COM, JOSEPH DUFRESNE, a/k/a JOSEPH JAMES, and MEGAN RENKOW, a/k/a MEGAN JAMES,** <br>        **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Case No.  2:16-cv-07358-JAK (JCx)**

**CONSENT ORDER OF PRELIMINARY INJUNCTION**

**JS-6**

On September 30, 2016, Plaintiff United States Commodity Futures Trading Commission ("CFTC") filed a Complaint against United Business Servicing LLC ("UBS LLC"), doing business as SchoolofTrade.com ("SoT"), United Business Servicing Inc. ("UBS Inc."), doing business as SoT, Joseph Dufresne ("Dufresne"), also known as Joseph James, and Megan Renkow ("Renkow"), also known as

1

Megan James (collectively, "Defendants"), seeking injunctive and other equitable relief, as well as the imposition of civil penalties, for alleged violations of the Commodity Exchange Act ("CEA"), 7 U.S.C. §§ 1 *et seq.* (2012), and Commission Regulations ("Regulations"), 17 C.F.R. §§ 1.1 *et seq.* (2016) (Dkt.  #1).

Defendants, without admitting or denying the allegations of the CFTC's Complaint for purposes of this *Consent Order of Preliminary Injunction* ("Order"), except as to venue and the Court's jurisdiction over the Defendants, which they admit, and without waiving any affirmative defenses or other substantive or procedural rights, consent to the entry of this Order and state that this consent is entered into voluntarily and that no promise or threat has been made by the CFTC or any member, officer, agent or representative thereof, to induce them to consent to this Order.  For the purposes of this Order, Defendants also waive the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure.

As it appears to the Court that there is good cause to believe that the Defendants have engaged, are engaging in, or are about to engage in conduct in violation of  7 U.S.C. § 6o(1) (2012) and 17 C.F.R. §§ 4.41(a)(1)-(2), 4.41(a)(3)(i)-(ii) and 4.41(b) (2016), and that this is a proper case for granting a preliminary injunction against Defendants to remove the danger of further violations of the CEA and Regulations, protect investors and prospective investors from further loss

and damage, and enable the CFTC to fulfill its statutory duties, the Court finds as follows:

**THE PARTIES AGREE AND THE COURT FINDS THAT:**

1.    Each Defendant has received a copy of the Complaint and waived service of the Summons and an additional copy of the Complaint (Dkt. #s 15, 16, 17 and 18).  This Court has jurisdiction over the subject matter of this action and over the parties hereto pursuant to 7 U.S.C. § 13a-1 (2012), which authorizes the Court to enter a preliminary injunction against each Defendant.

2.    Venue lies properly within this District pursuant to 7 U.S.C. § 13a-1(e) (2012), in that Defendants are found, inhabit or transact business in this District, and the acts and practices in violation of the CEA and the Regulations have occurred, are occurring, or are about to occur within this District.

### I.  RELIEF GRANTED

**PROHIBITION FROM VIOLATIONS OF THE CEA
AND THE REGULATIONS**

**THE PARTIES AGREE AND IT IS HEREBY ORDERED THAT:**

3.    Defendants, and all persons, insofar as they are acting in the capacity of agents, servants, employees, successors, assigns, or attorneys of Defendants, and all persons, insofar as they are acting in active concert or participation with Defendants, who receive actual notice of this Order by personal service or

otherwise, are restrained, enjoined, and prohibited from, directly or indirectly engaging in any conduct in violation of  7 U.S.C. § 6o(1) (2012) and 17 C.F.R. §§ 4.41(a)(1)-(2), 4.41(a)(3)(i)-(ii) and 4.41(b) (2016).

## II.   COURT MAINTAINS JURISDICTION

**THE PARTIES AGREE AND IT IS HEREBY ORDERED THAT:**

4.     This Order shall remain in effect until further order of the Court and the Court shall retain jurisdiction over this action to ensure compliance with this Order and for all other purposes related to this action.

## III.   BOND NOT REQUIRED OF PLAINTIFF

**THE PARTIES AGREE AND IT IS HEREBY ORDERED THAT:**

5.     Pursuant to 7 U.S.C. §13a-1(b) (2012), no bond need be posted by the CFTC, which is an agency of the United States of America.

## IV.   MISCELLANEOUS

**THE PARTIES AGREE AND THE COURT FINDS THAT:**

6.     Megan Renkow warrants that she has the authority to sign and consent to this Order on behalf of UBS LLC.

7.     Megan Renkow warrants that she has the authority to sign and consent to this Order on behalf of UBS Inc.

**THE PARTIES AGREE AND THE COURT ORDERS THAT:**

8.     Consent to this Order may be executed in two or more counterparts, all of which shall be considered one and the same agreement and shall become effective when one or more counterparts have been signed by each of the parties and delivered (by facsimile or otherwise) to the other party, it being understood that all parties need not sign the same counterpart.  Any counterpart or other signature to this agreement that is delivered by facsimile or electronic mail shall be deemed for all purposes as constituting good and valid execution and delivery by such party of this agreement.

**IT IS SO ORDERED** on this 17th day of November, 2016 at Los Angeles, California.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

CONSENTED TO AND APPROVED BY:

_____     DATED: _____
JOSEPH DUFRESNE, INDIVIDUALLY


_____     DATED: _____
MEGAN RENKOW, INDIVIDUALLY


_____     DATED: _____
UNITED BUSINESS SERVICING LLC
BY MEGAN RENKOW,
AUTHORIZED REPRESENTIVE


_____     DATED: _____
UNITED BUSINESS SERVICING INC.
BY MEGAN RENKOW,
AUTHORIZED REPRESENTATIVE

APPROVED FOR ENTRY BY:


_____     DATED:_____
GREGORY J. MORROW, ESQ.
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
213-689-5127
ATTORNEY FOR DEFENDANTS UNITED BUSINESS SERVICING LLC,
UNITED BUSINESS SERVICING INC., JOSEPH DUFRESNE, AND MEGAN
RENKOW


_____     DATED: _____
ALAN EDELMAN
MICHAEL SOLINSKY
ATTORNEYS FOR U.S. COMMODITY FUTURES
TRADING COMMISSION