Kent A. Kawakami, CA Bar #149803
kent.kawakami@usdoj.gov
United States Attorney's Office
300 N. Los Angeles Street, Room 7516
Los Angeles, California 90012
Telephone: (213) 894-4858
Facsimile: (213) 894-2380
Local Counsel

James H. Holl, III, CA Bar #177885
jholl@cftc.gov
Michael Solinsky, DC Bar #433754
msolinsky@cftc.gov
Alan Edelman, DC Bar #375495
aedelman@cftc.gov
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5523
Attorneys for Plaintiff U.S. Commodity Futures Trading Commission

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED BUSINESS SERVICING LLC, d/b/a SCHOOLOFTRADE.COM, UNITED BUSINESS SERVICING, INC., d/b/a SCHOOLOFTRADE.COM, JOSEPH DUFRESNE a/k/a JOSEPH JAMES, and MEGAN RENKOW a/k/a MEGAN JAMES,<br><br>Defendants. | Case No. 2:16-CV-07358-JAK (JCx)<br><br>*Assigned for all purposes to Honorable John A. Kronstadt*<br><br>JOINT REPORT AND STIPULATION FOR ENTRY OF CONSENT ORDER OF PERMANENT INJUNCTION, RESTITUTION, CIVIL MONETARY PENALTY, AND OTHER EQUITABLE RELIEF AGAINST DEFENDANTS UNITED BUSINESS SERVICING, LLC d/b/a SCHOOLOFTRADE.COM, UNITED BUSINESS SERVICING, INC. d/b/a SCHOOLOFTRADE.COM, JOSEPH DUFRESNE a/k/a JOSEPH JAMES, AND MEGAN RENKOW a/k/a MEGAN JAMES<br><br>[Proposed] Order Lodged Concurrently |

The U.S. Commodity Futures Trading Commission ("Plaintiff" or "Commission") and United Business Servicing LLC, d/b/a Schooloftrade.Com, United Business Servicing, Inc., d/b/a Schooloftrade.Com; Joseph Dufresne, a/k/a Joseph James, and Megan Renkow, a/k/a Megan James (collectively, "Defendants") stipulate as follows:

1. Plaintiff and Defendants have reached agreement on, and approved the terms of, a Consent Order of Permanent Injunction, Restitution, Civil Monetary Penalty, and Other Equitable Relief Against Defendants United Business Servicing, LLC d/b/a Schooloftrade.com, United Business Servicing, Inc. d/b/a Schooloftrade.com, Joseph Dufresne a/k/a Joseph James, and Megan Renkow a/k/a Megan James ("Consent Order"), a copy of which has been filed concurrently with this stipulation.

2. The Consent Order, if entered by the Court, will resolve all issues outstanding against all defendants in this litigation and will conclude the matter.

3. In order to preserve the resources of the parties, as well as this Court, Plaintiff and Defendants hereby jointly stipulate to the Court's entry of the attached Consent Order. In light of this stipulation, the parties do not believe that a motion to approve the settlement is necessary; however, should the Court desire such a motion, the parties stand ready to comply.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 16, 2017

U.S. Commodity Futures Trading Commission

By: */s/ Michael Solinsky*
    Alan Edelman
    Michael Solinsky
    Attorneys for Plaintiff

Dated: November 16, 2017

By: */s/ Gregory J. Morrow*
    Gregory J. Morrow
    Attorney for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2017, I electronically filed the foregoing document and Consent Order with the Clerk of the Court using CM/ECF. I also certify that the foregoing document and Consent Order is being served on all parties or counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

Gregory J. Morrow
Attorney at Law
10401 Wilshire Boulevard
Suite 1102
Los Angeles, California 90024
Attorney for Defendants United Business Servicing LLC, United Business Servicing, Inc., Joseph Dufresne, and Megan Renkow
[via electronic mail]

/s/ Michael Solinsky
_____
Michael Solinsky